New York State is
Pocsew of 68,000 Acers of Cayuga Nation Lands
Amended Complaint
23 CV 565

Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

**FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT**
(Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

*FILED JUN 17 2024 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY*

## 1. CAPTION OF ACTION

**A. Full Name of Plaintiff:** NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Carl Jamieson Six Nation - Cayuga Nation
Shaun Humpry family

-vs-

**B. Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. New York State family Court
2. New York State housing court
3. Buffalo City Court
4. Buffalo NY City Court
5. 
6. 

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections MUST be answered*

Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.

A. Basis of Jurisdiction in Federal Court: Human traficing & Extortion Using Colin Jamieson as Hostage on Newyork Tax$ Tools & Insterments of writon Paper

State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.

B. Reason for Venue in the Western District: The Reason is I am a hautensaunee Nation of Buffalo Creek Reservation Ansetory & Genocide is Taken place and Theft of 50,000

Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is. in Buffalo NY

C. Nature of Suit: Human Trafiking Extortion Anti Slavery Act.

Under Rules of Habes Corpus Proceeding my Brith Rights are Being Denied and my

Property.
My Name
My NAtoion

The Cayuga Nation is owed 68,000 Acers of Land My family & Children are Being Held Hostage using all Courts & Documents of New York



### 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION**  NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Colin Jamieson Lilly'in Jamieson

Present Address: _____

Name of Second Plaintiff: Allen Jamieson Lhoyd Jamieson

Present Address: C.

**DEFENDANT'S INFORMATION**  NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: New York State family court of erie County

Official Position of Defendant (if relevant): Kelly Buckley erie County

Address of Defendant: 716-845-7444 Erie Count
Ann Marie Nugent 2468 Clinton Street

Name of Second Defendant: New york Taxation & Land Resources

Official Position of Defendant (if relevant): Erie County Taxation

Address of Defendant: Buffalo New York City
Ann Marie Nugent

Name of Third Defendant: ~~Banking~~ ~~Sy Se~~ N.Y Housing

Official Position of Defendant (if relevant): _____

Address of Defendant: _____

### 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.  Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?
    Yes ☐   No ☐

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.  Name(s) of the parties to this other lawsuit:
    Plaintiff(s): Carl Jamieson

Defendant(s): New York State Erie County Buffalo City

2. Court (if federal court, name the district; if state court, name the county): 68,000 Acers

3. Docket or Index Number: 23 CV 565

4. Name of Judge to whom case was assigned: _____

5. The approximate date the action was filed: _____

6. What was the disposition of the case?    I would Like a gage order Placed ON Judge at Time of case
   Is it still pending? Yes [ ]  No [ ]

   If not, give the approximate date it was resolved. _____

   Disposition (check those statements which apply):

   [ ] Dismissed (check the statement which indicates why it was dismissed):

   [ ] By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;
   [ ] By court for failure to prosecute, pay filing fee or otherwise respond to a court order;
   [ ] By court due to your voluntary withdrawal of claim;

   [ ] Judgment upon motion or after trial entered for
   [ ] plaintiff
   [ ] defendant.

---

### 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

**A. FIRST CLAIM:** On (*date of the incident*) 2005 3-5-05 child Niagra Court NY,
defendant (*give the name and (if relevant) the position held of each defendant involved in this incident*) New York State family Court

3

did the following to me (*briefly state what each defendant named above did*): Chapter 7 fraud 18 § 987 Sec 1001, 1002, 1005, 1007, 1012 fraud Rule 35 Amendments New York has Violated The Hole Book of Law for federal Crimial Code and Rules 2023 from front To Back

The federal basis for this claim is: Genocide theft of Land Theft of 68,000 Acers of Land Human traficking

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: Using family Courts & City Courts County Courts

**B. SECOND CLAIM:** On (*date of the incident*) 10/97 - 2024 Inmy hole life New York has Broken all law

defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) Criminal Procedure Habeas Corpus Anti Slavery Act Rules of Evidence Violation of Land 68,000

did the following to me (*briefly state what each defendant named above did*): Shaun Humpry Killed in Erie County Jails Child protection Victim Rights Compensation New York State use small Court to Abduct Native Men Women Men & Children & Kill Them When in Custdy

The federal basis for this claim is: Carl M. Jamieson Serving Member of Buffalo Creek are still Not Paid all Compensation

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: Education of School Trained & Educated That I am white Stole Land & Childen I lost Taxation failure to pay VN fund from trust

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

4

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

Federal procedure and Rules All Broken By Agents Clark State, County, City Child Abduction

Do you want a **jury trial**?  Yes ✓   No ☐

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on _____ 6/17/2024
                (date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

Signature(s) of Plaintiff(s)

5

File#: 171863 (F-08272-07/23G, F-08272-07/24H)　　　　　　　　　　　　　FC-100 (09/2020)　　　Page **1** of **1**

**FAMILY COURT OF THE STATE OF NEW YORK**
**COUNTY OF ERIE**

23CV565

In the Matter of **an Article 4 Support (IV-D)** Proceeding

**Carl Jamieson** (Petitioner)

**Ann Marie N. Nugent** (Respondent)

File #:　171863
Docket #:　F-08272-07/23G
　　　　　F-08272-07/24H
CSMS #:　BS26121T1, BM59739B1

### NOTICE TO APPEAR
### (IN PERSON)

To:　Ann Marie N. Nugent
　　2468 Clinton Street
　　West Seneca, NY 14224

Carl Jamieson
164 Indian Church Rd
Buffalo, NY 14210

You are hereby notified to appear **IN PERSON** on:

| | |
|---|---|
| Date/Time/Part: | **June 13, 2024 at 11:00 AM in Part 18** |
| Purpose: | **Report Back** |
| Presiding: | **Delroy Pinnock, Support Magistrate** |
| Location: | **Courthouse, One Niagara Plaza, Buffalo, NY 14202** |
| Floor: | **3** |
| Room: | **Report to Reception Window for Part 18** |

You must provide the court with proof of your income and assets by June 13, 2024 on the attached form provided for that purpose. You are required to attach a current and representative paycheck stub and most recently filed state and federal income tax returns to said form, including a copy of the W-2 wage and tax statement(s) submitted with the returns.

You may be required to furnish past and present income tax returns; employer statements; proof of health insurance available; pay stubs; corporate, business or partnership books and records; corporate and business tax returns; and receipts for expenses or such other measures of verification as the Court determines appropriate.

Please bring this notice with you and check in with the Court Officer in the Part.

**Dated:** April 16, 2024　　　　　　　　　　　　　　　　　Kelly A. Buckley, Chief Clerk

CC:　Erie County Support Collection Unit

File#: 56289 (F-01315-05/23E)                GF-27 (8/2010)        Page 1 of 1

F.C.A.§§ 174    *23CV565*    At a term of the Family Court of the State of New York, held in and for the County of Niagara at Niagara County Courthouse, 175 Hawley Street, Lockport, NY 14094, on January 9, 2024

**PRESENT**: Kristie T. Kantor, Support Magistrate

In the Matter of **an Article 4 Support (IV-D)** Proceeding

**Carl M. Jamieson** (Petitioner)

**AnnMarie N. Nugent** (Respondent)

File #: 56289
Docket #: F-01315-05/23E
CSMS #: BM59739B1

**ORDER - TRANSFER OF PROCEEDINGS**

Carl M. Jamieson and AnnMarie N. Nugent reside at[1], or if an agency, has addresses at:

**Carl M. Jamieson:**      **164 Indian Church Road, Buffalo, NY 14210**

**AnnMarie N. Nugent:**      **2468 Clinton Street, Buffalo, NY 14224**

The above-entitled matter has duly come before this Court and the Court has determined that the proper venue is in Erie County Family Court.

**NOW**, therefore, it is hereby:

> **ORDERED** that the petition filed on December 14, 2023 is transferred to Erie County Family Court for initial appearace in accordance with applicable provisions of the Family Court Act. A new petition for this relief does not need to be filed.

Dated: **January 9, 2024**

_____
**Kristie T. Kantor**

SPECIFIC WRITTEN OBJECTIONS TO THIS ORDER MAY BE FILED WITH THIS COURT WITHIN 30 DAYS OF THE DATE THE ORDER WAS RECEIVED IN COURT OR BY PERSONAL SERVICE, OR IF THE ORDER WAS RECEIVED BY MAIL, WITHIN 35 DAYS OF THE MAILING OF THE ORDER.

**Check applicable box:**
**X** Order mailed on [specify date(s) and to whom mailed]: 1/9/24 See Official Notation of Service
☐ Order received in court on [specify date(s) and to whom given]: _____

CC:    AnnMarie N. Nugent
        Carl M. Jamieson
        Niagara County DSS Support Collection Unit
        Erie County Family Court

---

[1] Unless ordered confidential, pursuant to Family Court Act §154-b, because disclosure would pose an unreasonable risk to the health or safety of the party. See Forms GF-21 and 21a, available at www.nycourts.gov.

File#: 171863 (F-08272-07/24H)     GF-16 (8/2010)     Page **1** of **1**

23 CV565

**PRESENT**: Delroy Pinnock, Support Magistrate

In the Matter of **an Article 4 Support (IV-D)** Proceeding

**Carl Jamieson** (Petitioner)

**Ann Marie N. Nugent** (Respondent)

At a term of the Family Court of the State of New York, held in and for the County of Erie at Courthouse, One Niagara Plaza, Buffalo, NY 14202, on June 13, 2024

File #: 171863
Docket #: F-08272-07/24H
CSMS #: BM59739B1

### ORDER OF DISMISSAL

On December 14, 2023, Carl Jamieson filed a petition for Transfer Accepted. and Modification of Order of Support regarding a prior order dated August 16, 2014.

Ann Marie N. Nugent did not appear.

Carl Jamieson did not appear.

**NOW,** after examination and inquiry into the facts and circumstances of the case, it is hereby:

    **ADJUDGED** that the petition against Ann Marie N. Nugent is dismissed due to failure of parties to appear.

**NOW,** therefore, it is hereby:

    **ORDERED** that the petition against Ann Marie N. Nugent herein is dismissed without prejudice.

Dated: **June 13, 2024**

_____
**Delroy Pinnock**

SPECIFIC WRITTEN OBJECTIONS TO THIS ORDER MAY BE FILED WITH THIS COURT WITHIN 30 DAYS OF THE DATE THE ORDER WAS RECEIVED IN COURT OR BY PERSONAL SERVICE, OR IF THE ORDER WAS RECEIVED BY MAIL, WITHIN 35 DAYS OF THE MAILING OF THE ORDER.

X Order mailed on: June 13, 2024

CC:    Ann Marie N. Nugent
          Carl Jamieson
          Niagara County DSS Support Collection Unit